IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Collins,<br><br>              Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et al.,<br><br>              Defendants. | No. CV-15-01597-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 38) is **granted**;

2. That Defendant Trans Union, LLC is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That, Defendant Trans Union, LLC being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

Dated this 7th day of January, 2016.

Honorable Steven P. Logan
United States District Judge